

# Fourth Court of Appeals
## San Antonio, Texas

September 13, 2021

No. 04-21-00265-CV

**IN THE INTEREST OF B.M.S. AND J.R.S., CHILDREN,**

From the 454th Judicial District Court, Medina County, Texas
Trial Court No. 18-11-25367-CV
Honorable Vivian Torres, Judge Presiding

# O R D E R

Appellant's first motion for extension of time is GRANTED. Appellant's brief is due on or before **October 1, 2021**.

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of September, 2021.

MICHAEL A. CRUZ, Clerk of Court